NUMBERS


13-11-00158-CV

13-11-00159-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

REIDIE JACKSON,                                                                  APPELLANT,

 

                                                             v.

 

THE STATE OF TEXAS,                                                            APPELLEE.


____________________________________________________________

 

               On appeal
from the 23rd and the 130th District Court 

                                    of
Matagorda County, Texas.

____________________________________________________________

 

                            MEMORANDUM OPINION

 

             Before Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

 








Pro
se appellant, Reidie Jackson, filed appeals from orders entered by the 23rd and
the 130th District Courts of Matagorda County, Texas, in cause numbers 10-E-0574-C
and 10-H-0555-C.  Appellant has filed a motion to withdraw his appeals. 

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeals, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to withdraw the appeals is
granted, and the appeals are hereby DISMISSED.  Having dismissed the appeals at
appellant=s request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

4th day of August, 2011.